# **<u>EXHIBIT 2</u>**

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

January 07, 2022

Ms. Christie M. Poitra
c/o Elizabeth Abdnour, Esquire
Elizabeth Abdnour Law
1100 W. Sagniaw Street
Suite 4A-2
Lansing, MI  48915

Re:  EEOC Charge Against Michigan State University
     No. 471202101452

Dear Ms. Poitra:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Detroit District Office, Detroit, MI.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                    Sincerely,

                                    Kristen Clarke
                                    Assistant Attorney General
                                    Civil Rights Division

                              by     /s/ Karen L. Ferguson
                                    Karen L. Ferguson
                                    Supervisory Civil Rights Analyst
                                    Employment Litigation Section

cc: Detroit District Office, EEOC
    Michigan State University