UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIE POITRA,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-47

HON. JANE M. BECKERING

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and Defendants John M. Engler and John Norder have not been served. This notice serves to inform Plaintiff that the action shall be dismissed without prejudice as to Defendants John M. Engler and John Norder, unless Plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with FED. R. CIV. P. 4(m).

To avoid dismissal pursuant to Rule 4(m), if more than 90 days are necessary for service of process, counsel must execute a verified petition RE: Service of Process, advising the Court:

    A.    That the case should not be dismissed as to the unserved defendant(s);

    B.    That the failure to obtain service upon the defendant(s) is not due to the fault of the party or counsel seeking to avoid dismissal;

    C.    The reasons why the case against the unserved defendant(s) should not be dismissed, set forth in detail; and

    D.    That service will be effected on the defendant(s) within twenty-eight (28) days of the date of the petition.

This petition must be filed with the Court on or before **April 19, 2022**.  By executing the petition RE: Service of Process, you need not appear in support thereof until and/or unless so notified by the Court.  If the Court is satisfied that the case should not be dismissed as to Defendants John M. Engler and John Norder, you will be so notified.  If dismissal of the case as to Defendants John M. Engler and John Norder is satisfactory to you, no action is required.  An Order of Dismissal shall be issued.

Dated:  March 22, 2022                                                            /s/ Jane M. Beckering
                                                                                  JANE M. BECKERING
                                                                                  United States District Judge