UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIE POITRA,

                      Plaintiff,          Case No. 22-CV-00047

v.                                          Hon. Jane M. Beckering

MICHIGAN STATE UNIVERSITY,
MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES; SAMUEL L.
STANLEY, JR.; SATISH UDPA; LOU
ANNA K. SIMON; JOHN M. ENGLER;
RONALD L HENDRICK; ROBERT KENT;
TANYA JACHIMIAK; JOHN NORDER;
and QUENTIN TYLER; in their official and
individual capacities,

                      Defendants.  /

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically filed the ***Amended Answer to First Amended Complaint, Affirmative And Other Defenses, And Reliance On Jury Demand***, on behalf of our clients: *Michigan State University, the MSU Board of Trustees, and Defendant Quentin Tyler*, with the Clerk of the Court using the Western District of Michigan's Southern Division electronic filing system, which sent notification of such filing to all attorneys of record.

                                                    /s/ Scott R. Eldridge
                                                    Scott R. Eldridge (P66452)
                                                    Ashley N. Higginson (P83992)
                                                    Miller, Canfield, Paddock, and Stone, P.L.C.
                                                    120 N. Washington Square, Ste 900
                                                    Lansing, Michigan
                                                    (517) 487-2070
                                                    eldridge@millercanfield.com
                                                    higginson@millercanfield.com