UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-47 | 4/25/2023 | 2:31 PM - 2:51 PM | Grand Rapids | Jane M. Beckering |

### CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Christie Poitra | Michigan State University, et al. |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Elizabeth Kamm Abdnour (via phone) | Plaintiff |
| Ashley N. Higginson (via phone)<br>Scott Robert Eldridge (via phone) | Defendants |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held via phone; Case Management Order to issue.

Court Reporter: (not recorded)
Case Manager: Rick Wolters