UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIE POITRA, | Case No. 1:22-cv-47 |
| Plaintiff, | |
| v. | |
| MICHIGAN STATE UNIVERSITY; MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES; and QUENTIN TYLER; in his official and individual capacities, | Hon. Jane M. Beckering |
| Defendants. | |

## JOINT NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's April 25, 2023 Case Management Order (ECF No. 43), the parties, by and through their counsel, hereby notify the Court that they have agreed upon a mediator from the list of court certified mediators. The parties will utilize Lee T. Silver of Silver & Van Essen PC.

Respectfully submitted,

| | |
|---|---|
| *s/ Elizabeth Abdnour (with permission)* | By: *s/ Scott R. Eldridge* |
| Elizabeth Abdnour (P78203) <br> Elizabeth Abdnour Law, PLLC <br> 1100 W. Saginaw St., Suite 4A-2 <br> Lansing, Michigan 48915 <br> (517) 292-0067 <br> elizabeth@abdnour.com | MILLER CANFIELD, PLC <br> Attorneys for Defendant <br> Scott R. Eldridge (P66452) <br> One Michigan Ave. Suite 900 <br> Lansing, MI 48933 <br> (517) 483-4918 <br> eldridge@millercanfield.com |

Dated: May 2, 2023

1