UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIE POITRA,                                            Case No. 1:22-cv-47

    Plaintiff,                                                         HON. JANE M. BECKERING

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

**NOTICE OF CHANGE OF ADDRESS**

    I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

    Old address:   1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

    New address:  500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.

Date:   June 6, 2023                                          Respectfully submitted,

                                                               **s/Elizabeth K. Abdnour**
                                                               Elizabeth K. Abdnour (P78203)
                                                                ELIZABETH ABDNOUR LAW, PLLC
                                                                Attorney for Plaintiff
                                                                500 E. Michigan Ave., Ste. 130
                                                                Lansing, MI 48912
                                                                517-292-0067
                                                                elizabeth@abdnour.com