UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIE POITRA,

        Plaintiff,                          Case No. 1:22–cv–47

v.                                   Hon. Jane M. Beckering

MICHIGAN STATE UNIVERSITY, et al.,

        Defendants.
_____/

## NOTICE OF OVERDUE VFM FEE

        The Notice of Appointment of Facilitative Mediator (ECF No. 45) directed the parties to pay a special assessment fee of fifty dollars ($50.00), by May 16, 2023. The notice further directed that twenty–five dollars ($25.00) of the fee was to be paid by the plaintiff(s) and twenty–five dollars ($25.00) was to be paid by the defendant(s) by that date.

        The assessment fee is still due from **Both Plaintiff(s) and Defendant(s)**.

        Please remit the fee within seven (7) days. Checks for assessment fees should be **made payable to** *Federal Bar Association* and submitted to the Court as follows:

ADR Department
U.S. District Court
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

                                            CLERK OF COURT

Dated:  June 14, 2023        By:    /s/ Kim M. Davis
                                                Deputy Clerk