# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRISTIE POITRA,

Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

Defendants.

Case No. 1:22-cv-00047

Hon. Jane M. Beckering

## STIPULATION AND ORDER EXTENDING EXPERT WITNESS DEADLINES

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that they wish to amend the Case Management Order [ECF No. 43; PageID 1004-1005] with respect to expert witnesses as follows:

The deadline for the Plaintiff to complete her disclosures of expert witness reports be extended from Friday, September 15, 2023, to Friday, September 29, 2023;

The deadline for Defendants to identify and provide a summary of expected testimony for testifying witnesses be extended from Friday, September 15, 2023, to Friday, September 29, 2023;

The deadline for all parties to identify and provide a summary of expected testimony for their respective testifying rebuttal witnesses be extended from Friday, September 29, 2023 to Friday, October 13, 2023;

The deadline for Defendants to complete their disclosures of expert witness reports be extended from Friday, October 13, 2023, to Friday, October 27, 2023; and

The deadline for the parties to complete their disclosures of their respective rebuttal expert witness reports be extended from October 27, 2023, to Friday, November 10, 2023.

Plaintiff respectfully requests additional time due to a delay in receiving some of Plaintiff's medical records which are necessary for the expert reports.  Defendants' response time is subsequently extended accordingly.

This is the Parties' first request to amend the Case Management Order.  Neither Party will be prejudiced by extending the expert witness deadlines in this matter, as set forth above.

**IT IS SO STIPULATED** on September 18, 2023.

Respectfully Submitted,

*/s/Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff
500 E. Michigan Ave., Suite 130
Lansing, Michigan 48912
Phone: (517) 994-1776
Fax: (614) 417-5081
liz@education-rights.com

*/s/Scott R. Eldridge with permission*
Scott R. Eldridge (P66452)
MILLER CANFIELD, PLC
Attorneys for Defendant
One Michigan Ave. Suite 900
Lansing, MI 48933
(517) 483-4918
eldridge@millercanfield.com

**IT IS SO ORDERED.**

_____
**HON. JANE M. BECKERING**
**U.S. District Court Judge**

Dated: _____

**CERTIFICATE OF SERVICE**

I, Elizabeth K. Abdnour, counsel for Plaintiffs, certify that on September 18, 2023, I filed this document by use of this Court's ECF system, which will serve copies to all counsel of record.

/s/ Elizabeth K. Abdnour

3