# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:22-cv-00047 | Christine Poitra v. Michigan State University, et. al. | 10/20/2023 |

**PARTIES**                    **Attendees**

| Name | On Behalf Of |
|---|---|
| Christine Poitra | Plaintiff |
| Nathan Fettes | Plaintiff |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Elizabeth K. Abdnour | Plaintiff |
| Mark Weiker | Plaintiff |
| Scott R. Eldridge | Defendant |
| Ashely N. Higginson | Defendant |
| Elizabeth M. Watza | Defendant |
|  |  |
|  |  |
|  |  |

Result:    ☑ Case settled in full - Final paperwork will be filed: <u>within 30 days</u>
☐ Mediation continuing - Date of Next Session _____
☐ Not settled - Mediation Completed

Dated: October 24, 2023                    By: _/s/ Lee T. Silver_____
                                                                Lee T. Silver
                                                                Mediator