UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIE POITRA,

     Plaintiff,

                              Case No. 1:22-cv-47

v.

                              HON. JANE M. BECKERING

MICHIGAN STATE UNIVERSITY, et al.,

     Defendants.
_____/

## **ORDER**

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 52) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than <u>November 27, 2023</u>.

Dated:  October 25, 2023                     /s/ Jane M. Beckering
                                          JANE M. BECKERING
                                          United States District Judge