# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIE POITRA, | Case No. 1:22-cv-00047 |
| Plaintiff, | |
| v. | Hon. Jane M. Beckering |
| MICHIGAN STATE UNIVERSITY, et al., | |
| Defendants. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff and Defendants, through their undersigned counsel, that this civil action, including any claims alleged by Plaintiff or which could have been alleged by Plaintiff, shall be dismissed with prejudice, and without any costs, attorney fees, and/or interest awarded to any party.

The Court having been advised that the parties have agreed to the entry of this Order dismissing this civil action with prejudice, and the Court being otherwise fully advised in the premises;

**IT IS SO ORDERED.**

This Order resolves all pending claims against all Defendants with prejudice and closes the case.

      /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

Dated: November 22, 2023

**STIPULATED BY:**

<u>*s/ Elizabeth K. Abdnour*</u>
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff
500 E. Michigan Ave., Suite 130
Lansing, Michigan 48912
Phone: (517) 994-1776
Fax: (614) 417-5081
liz@education-rights.com

<u>*s/ Scott R. Eldridge*</u>
Scott R. Eldridge (P66452)
MILLER, CANFIELD, PADDOCK & STONE, PLC
Attorneys for Defendants
One Michigan Ave. Suite 900
Lansing, MI 48933
(517) 483-4918
eldridge@millercanfield.com

2